**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              No. 4:13CR00248 JLH

LEO NOLLIE CLAYTON BAKICH                                                            DEFENDANT

**STATEMENT OF REASONS FOR DOWNWARD DEPARTURE**

Leo Nollie Clayton Bakich moved for a downward departure under U.S.S.G. § 4A1.3, contending that his criminal history category substantially over-represents the seriousness of his criminal history. The Court granted that motion and, pursuant to section 4A1.3(c), provides this written specification of the basis for the departure.

Bakich committed a violent felony in 2003 at the age of seventeen. That conviction resulted in three criminal points. Thereafter, he had two convictions for driving under the influence. One of those convictions was in 2011 and resulted in three years of probation. The other conviction was in 2013. Because he was on probation for the 2011 conviction at the time of the instant offense, he received two additional points. Altogether, he had seven criminal history points, which resulted in a criminal history category of IV. Because Bakich had only one felony conviction, which occurred when he was seventeen years old, followed by only two misdemeanor convictions over a period of ten years, the Court was and is convinced that the criminal history category of IV substantially over-represents the seriousness of Bakich's criminal history. Therefore, in imposing sentence, the Court departed downward from the guideline range of 37-46 months to 30-37 months.

DATED this 19th day of August, 2014.

                                                                                        _____
                                                                                        J. LEON HOLMES
                                                                                        UNITED STATES DISTRICT JUDGE